In the Matter of JAGELS, " A Fuel Corporation," Appellant, against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.

Argued April 17, 1939; decided May 16, 1939.

*Thomas E. Shea, Rutherford B. Meyer* and *John W. Collopy, Jr.,* for appellant.

*William C. Chanler, Corporation Counsel (Edmund B. Hennefeld, Arthur A. Segall* and *Sol Charles Levine* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.